Bar Association of Greater Cleveland v. Sheehan.

[Cite as Bar Assn. of Greater Cleveland v. Sheehan (1987), 32 Ohio St. 3d 138.]

(D.D. No. 86-16—Decided August 19, 1987.)

*John D. Cannell,* for respondent.

*Per Curiam.* Based upon a review of the evidence presented, this court concurs with the findings of the board that respondent violated the aforementioned Disciplinary Rules and Gov. Bar R. V and VI. The court accepts the recommendation of the board and respondent is hereby indefinitely suspended from the practice of law in Ohio. Costs of the proceedings shall be taxed to respondent.

*Judgment accordingly.*

MOYER, C.J., SWEENEY, LOCHER, HOLMES, DOUGLAS, WRIGHT and H. BROWN, JJ., concur.

*Douglas H. Glenn, Kenneth S. Kabb* and *Robert R. Soltis* for relator.